WILLIAM DUFFY, as Administrator of the Estate of THOMAS DUFFY, Deceased, Respondent, v. 42ND STREET MANHATTANVILLE & ST. NICHOLAS AVENUE RAILWAY COMPANY, Appellant.— Close, P. J., Hagarty, Adel, Taylor and Lewis, JJ., concur.

SAM FEUER, Appellant, v. MARGUERITE WALWORTH, Respondent.— Present — Close, P. J., Hagarty, Carswell, Adel and Taylor, JJ.